2014-1303

# United States Court of Appeals
# for the Federal Circuit

VIIV HEALTHCARE CO. ET AL.,
    *Plaintiffs-Appellees-Cross-Appellants*,

v.

LUPIN LIMITED AND LUPIN PHARMACEUTICALS, INC.,
    *Defendants-Appellants-Cross-Appellees,*

and

TEVA PHARMACEUTICALS USA, INC.,
    *Defendant-Appellant.*

Appeal from the United States District Court for the District of Delaware in consolidated case no. 11-cv-576-RGA, Judge Richard G. Andrews

**DEFENDANTS-APPELLANTS' UNOPPOSED MOTION FOR A 45-DAY EXTENSION TO FILE DEFENDANTS-APPELLANTS' BRIEFS**

William A. Rakoczy
Paul J. Molino
Deanne M. Mazzochi
Rachel P. Waldron
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60654
Telephone:  312-527-2157

*Counsel for Defendants-Appellants-Cross-Appellees
Lupin Limited and Lupin Pharmaceuticals, Inc.*

Dated: March 21, 2014

1

# CERTIFICATE OF INTEREST FOR
# LUPIN LIMITED AND LUPIN PHARMACEUTICALS, INC.

Pursuant to Federal Circuit Rules 27(a)(7) and 47.4, counsel for Defendants-Appellants-Cross-Appellees Lupin Limited and Lupin Pharmaceuticals, Inc. certifies the following:

1. The full name of every party represented by me is:

    Lupin Limited and Lupin Pharmaceuticals, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

    Not Applicable.

3. All parent corporations and any publicly-held companies that own 10% or more of the stock of any party represented by me are:

    There is no publicly held company that owns 10 percent or more of the stock of Lupin Limited. The name of any parent corporation or publicly held company that owns 10% or more of the stock of Lupin Pharmaceuticals, Inc. is Lupin Limited.

4. The names of all law firms and the partners or associates that have appeared for the parties now represented by us in the trial court or are expected to appear in this Court are:

    William A. Rakoczy
    Paul J. Molino
    Deanne M. Mazzochi
    Rachel P. Waldron
    Heinz J. Salmen
    Neil A. Benchell*
    Matthew T. Lord*
    Patrick C. Kilgore
    Neil B. McLaughlin

RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654

*No longer affiliated with the firm.

John C. Phillips, Jr.
Megan C. Haney
PHILLIPS, GOLDMAN &SPENCE, P.A.
1200 North Broom Street
Wilmington, Delaware 19806


Dated:  March 21, 2014          RAKOCZY MOLINO MAZZOCHI SIWIK LLP


/s/ Rachel P. Waldron
William A. Rakoczy
Paul J. Molino
Deanne M. Mazzochi
Rachel P. Waldron
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
(312) 527-2157

*Attorneys for Defendants-Appellants-Cross-Appellees Lupin Limited and Lupin Pharmaceuticals, Inc.*

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Appellants and Cross-Appellees Lupin Limited and Lupin Pharmaceuticals, Inc. ("Lupin"), and on behalf of Appellant Teva Pharmaceuticals USA, Inc. ("Teva") (collectively with Lupin, "Appellants"), move for a 45-day extension of time, from the current date of April 22, 2014 to the revised date of June 6, 2014, for Appellants to file their briefs. Appellees and Cross-Appellants ViiV Healthcare UK Limited and ViiV Healthcare Company (collectively, "ViiV") do not oppose the extension.

1. As required by Federal Circuit Rule 26(b)(1), Appellants seek this extension more than seven days before the date sought to be extended.

2. As required by Federal Circuit Rule 26(b)(2), Appellants have informed all other parties that it will seek this extension.

3. As required by Federal Circuit Rule 26(b)(3), Appellants state that all parties consent and none intends to file a response in opposition to this extension.

4. As required by Federal Circuit Rule 26(b)(4), Appellants state that: (a) the date to be extended is April 22, 2014 (ECF No. 1); (b) the revised date sought is June 6, 2014; (c) the number of days of extension sought is 45; (d) the total number of days of extension previously granted to the movants is zero.

5. As required by Federal Circuit Rule 26(b)(5), this motion is accompanied by a declaration of counsel showing good cause for an extension that exceeds 14 days. *See* Declaration of Rachel P. Waldron (attached).

Accordingly, Appellants respectfully request that the Court grant the requested 45-day extension.

Dated: March 21, 2014						Respectfully submitted,

/s/ Rachel P. Waldron
William A. Rakoczy
Paul J. Molino
Deanne M. Mazzochi
Rachel P. Waldron
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60654
Telephone: 312-527-2157
Email: wrakoczy@rmmslegal.com
Email: paul@rmmslegal.com
Email: dmazzochi@rmmslegal.com
Email: rwaldron@rmmslegal.com

*Attorneys for Defendants-Appellants and Cross-Appellees Lupin Limited and Lupin Pharmaceuticals, Inc.*

# DECLARATION OF RACHEL P. WALDRON

1. I am an attorney at law duly admitted to practice law in the State of Illinois, and am a partner with the law firm of Rakoczy Molino Mazzochi Siwik LLP, counsel to defendant Lupin Limited and Lupin Pharmaceuticals, Inc. ("Lupin") in this matter.

2. I make this declaration as required by Federal Circuit Rule 26(b)(5) to demonstrate good cause for an extension that exceeds 14 days.

3. The period prescribed for preparation of Appellants' briefs includes a period of time for which both lead counsel and counsel for Lupin will be acting as Lupin's counsel in a trial in the District of New Jersey, which will require substantial time and attention. Upon information and belief, the period prescribed for preparation of Appellants' briefs also includes a period of time for which Teva's counsel here will be acting as Teva's counsel in a trial in the District of New Jersey, which will also require substantial time and attention.

I declare under penalty of perjury that the foregoing is true and correct.

March 21, 2014                                    /s/ Rachel P. Waldron
                                                  Rachel P. Waldron

# United States Court of Appeals
# for the Federal Circuit

VIIV HEALTHCARE CO. ET AL. v. LUPIN LIMITED ET AL., 2014-1303

## CERTIFICATE OF SERVICE

I hereby certify that on **March 21, 2014**, **Defendants-Appellants' Unopposed Motion For A 45-Day Extension to File Defendants-Appellants' Briefs** was filed using the Court's CM/ECF filing system and served via FEDEX® (overnight delivery) on the following counsel:

| | |
|---|---|
| F. Christopher Mizzo, Esq.<br>Kirkland & Ellis LLP<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 879-5000<br>Facsimile: (202) 879-5200 | Brian E. Farnan, Esq.<br>Farnan LLP<br>919 N. Market Street, 12th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 777-0300<br>Facsimile: (302) 777-0301 |

*Counsel for Appellees and Cross-Appellants*
*ViiV Healthcare UK Ltd. and ViiV Healthcare Co.*

| | |
|---|---|
| David M. Hashmall<br>Goodwin Procter LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>Telephone: (212) 813-8800<br>Facsimile: (212)355-3333 | Richard L. Horwitz<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Phone: (302) 984-6000<br>Fax: (302) 658-1192 |

*Counsel for Appellant and Cross-Appellee*
*Teva Pharmaceuticals USA, Inc.*

March 21, 2014                                    /s/ Rachel P. Waldron
                                                   Rachel P. Waldron