NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VIIV HEALTHCARE CO., VIIV HEALTHCARE UK LTD.,**
*Plaintiffs - Cross-Appellants,*

v.

**LUPIN LTD., LUPIN PHARMACEUTICALS, INC., TEVA PHARMACEUTICALS USA, INC.,**
*Defendants – Appellants.*

---

14-1303

---

Appeal from the United States District Court for the District of Delaware in case no. 1:11-cv-00576-RGA, 1:11-cv-00688-RGA Judge Richard G. Andrews.

---

ON MOTION

O R D E R

Upon consideration of the Appellants' Teva Pharmaceuticals USA, Inc., et. al, unopposed motion to

extend time to file appellant principal brief until June 6, 2014,

    IT IS ORDERED THAT:

The motion is granted.

                                              FOR THE COURT

March 24, 2014              /s/ Daniel E. O'Toole
                                         Daniel E. O'Toole
                                         Clerk of Court